IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Misc. No. 1:07MJ63A 1:07MJ64A 1:07MJ65A 1:07MJ66A |
| | ) | |
| WILLIAM GURKA | ) | |

**MOTION TO SEAL**

The United States of America, by and through its undersigned Assistant United States Attorney, moves the court for an Order sealing the Affidavit, Search Warrant, Application, Seizure Warrants, and Applications, this Motion and all other documents relating to the captioned matter. In support thereof, the Government states:

Public filing of these documents will alert the residents of the premises and frustrate the Government's efforts to seize evidence.

WHEREFORE, the United States requests the Court to sign the attached Order sealing the Affidavit, Search Warrant, Application, this Motion and all other documents related to the captioned matter.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,
ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden

KENNETH P. MADDEN
Assistant U.S. Attorney