P343999

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

WILLIAM GURKA

## WARRANT FOR ARREST

CASE NUMBER: 1:07MJ63A Sealed

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest WILLIAM GURKA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

RECEIVED
U.S. MARSHALS SERVICE
JUN 25 2007
District of Rhode Island

charging him or her with (brief description of offense)
knowing and intentional distribution of cocaine, a Schedule II controlled substance

in violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(C)

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

6/25/07 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at North Smithfield, RI by ATF

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/25/2007 | CJ Wyant SDUSM | |
| DATE OF ARREST 06/27/2007 | | |

This form was electronically produced by Elite Federal Forms, Inc.