AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
William Gurka

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07M63A

I, William Gurka, charged in a ☒ complaint ☐ petition pending in this District with Distribution of Cocaine in violation of Title 21, U.S.C., §41(a)(1) and (b)(1)C and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

[signature]
*Defendant* William Gurka

July 3 2007
*Date*

[signature]
*Counsel for Defendant*