IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 07 118 S |
| | ) | Cr. No. |
| vs. | ) | In violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) |
| | ) | and 18 U.S.C. § 924(c) |
| WILLIAM GURKA | ) | |

FILED SEP 18 2007 U.S. DISTRICT COURT DISTRICT OF R.I.
RECEIVED SEP 18 2007 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

INFORMATION

The United States Attorney for the District of Rhode Island charges that:

COUNT I

On or about June 5, 2007, in the District of Rhode Island, the defendant, WILLIAM GURKA, did knowingly and intentionally distribute 2.22 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT II

On or about June 13, 2007, in the District of Rhode Island, the defendant, WILLIAM GURKA, did knowingly and intentionally distribute 2.53 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT III

On or about June 20, 2007, in the District of Rhode Island, the defendant, WILLIAM

GURKA, did knowingly and intentionally distribute 4.84 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT IV

On or about June 26, 2007, in the District of Rhode Island, the defendant, WILLIAM GURKA, did knowingly and intentionally distribute 4.97 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT V

On or about June 26, 2007, in the District of Rhode Island, the defendant, WILLIAM GURKA, did knowingly and intentionally possess with intent to distribute 39.57 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT VI

On or about June 26, 2007, in the District of Rhode Island, the defendant, WILLIAM GURKA, did knowingly possess a firearm, to wit: a Bryco, model Bryco 38, .380 caliber, semi-automatic pistol, serial number 2105308, in furtherance of a drug trafficking crime, to wit: the

knowing and intentional distribution of a mixture and substance containing a detectable amount of cocaine;

in violation of 18 U.S.C. § 924(c).

FORFEITURE ALLEGATIONS

(21 U.S.C. § 853)

Pursuant to 21 U.S.C. § 853, upon conviction, the defendant, WILLIAM GURKA, shall forfeit to the United States of America all right, title, and interest in the following described property which was used to commit and to facilitate the commission of those violations alleged in Counts I through IV of this Information, which allege violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C):

1. one 1998 Chevrolet pick-up truck, color red, VIN 1GCEK19S4WE231750, bearing Rhode Island registration 136703, registered to WILLIAM GURKA, 15 Brian Avenue, North Smithfield, Rhode Island;

2. one 2005 Dodge pick-up truck, color blue, VIN 3D7LS38C85G785867, bearing Rhode Island registration 16978, registered to WILLIAM GURKA, 15 Brian Avenue, North Smithfield, Rhode Island.

INFORMATION SIGNED AND RETURNED:

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney

Stephen G. Dambruch
Assistant U. S. Attorney
Criminal Chief

Dated: September 18, 2007