AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

## APPEARANCE

Case Number: CR 07 118S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for William Gurka

I certify that I am admitted to practice in this court.

9/27/07
Date

Signature

Susan T. Perkins 5878
Print Name Bar Number

462 Broadway
Address

Providence RI 02909
City State Zip Code

4012739092 4013311898
Phone Number Fax Number