AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
SEP 18 2007
U.S. DISTRICT COURT
DISTRICT OF R.I.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
WILLIAM GURKA

WAIVER OF INDICTMENT

CASE NUMBER: CR 07 118S

I, WILLIAM GURKA, the above named defendant, who is accused of

Knowingly and intentionally distributing a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on September 18, 2007 prosecution by indictment and consent that the
*Date*
proceeding may be by information rather than by indictment.

WM Gurka
*Defendant*

Susan T. Perkins #5898
*Counsel for Defendant*

Before [signature] USMJ
*Judicial Officer*

This form was electronically produced by Elite Federal Forms, Inc.