IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR. NO. 07-118-S |
| | : | |
| WILLIAM GURKA | : | |

FORFEITURE MEMORANDUM OF LAW

To assist the Court, the government files this brief memorandum of law with respect to forfeiture issues at sentencing.

On October 12, 2007, the defendant pleaded guilty to the various counts in the Information which charged violations of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c). Included in the Information were Forfeiture Allegations, made pursuant to 21 U.S.C. § 853, concerning two motor vehicles used to commit and facilitate the commission of those offenses described in Counts I through IV of the Information, to wit, the distribution of cocaine. Under the terms of the Plea Agreement, the defendant agreed to admit the Forfeiture Allegations and consent to the entry of a Court Order of forfeiture. A signed Consent Decree For Forfeiture and a proposed Preliminary Order of Forfeiture were filed with the Court on January 3, 2008.

A criminal forfeiture is "a form of punishment," and is, therefore, "a part of the sentence." United States v. Ferrario-Pozzi, 368 F.3d 5, 8 (1st Cir. 2004). Pursuant to Fed. R. Crim. P. 32.2(b)(3), the forfeiture order must be made a part of the

sentence and be included in the criminal judgment. See also, Ferrario-Pozzi, 368 F.3d at 8.

The government requests that the Court enter the Preliminary Order Of Forfeiture. Further, the government requests that at the time of the imposition of sentence, the Court orally pronounce the following language and subsequently enter such language in the Forfeiture section of the written judgment order imposing sentence:

> Under 21 U.S.C. § 853, Defendant William Gurka has forfeited all of his right, title, and interest in the property described in the Forfeiture Allegations section of the Information, the legal description for said property being set forth in Attachment "A" to this Judgment.

The government appends to this memorandum Attachment "A".

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on the 3rd day of January, 2008, I electronically filed and served the Within Forfeiture Memorandum Of Law to:

William C. Dimitri, Esq.
Law Offices
462 Broadway
Providence, RI 02909

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

ATTACHMENT "A"

One 2005 Dodge pick-up truck, color blue, VIN 3D7LS38C85G785867, Rhode Island registration 16978 and registered to William Gurka, 15 Brian Avenue, North Smithfield, Rhode Island; and

One 1998 Chevrolet pick-up truck, color red, VIN 1GCEK19S4WE231750, Rhode Island registration 136703 and registered to William Gurka, 15 Brian Avenue, North Smithfield, Rhode Island.