IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> WILLIAM GURKA | CR. No. 07-118-S |

## FINAL ORDER OF FORFEITURE

Having entered a Preliminary Order of Forfeiture with respect to Defendant's interest in the following properties, which are collectively referred to as the "Subject Properties": (1) one 1998 Chevrolet pick-up truck, color red, VIN 1GCEK19S4WF231750, bearing Rhode Island registration 136703, registered to William Gurka, 15 Brian Avenue, North Smithfield, Rhode Island, and (2) one 2005 Dodge pick-up truck, color blue, VIN 3D7LS38C85G785867, bearing Rhode Island registration 16978, registered to William Gurka, 15 Brian Avenue, North Smithfield, Rhode Island; and Notice of Forfeiture having been published on the government's official internet site, www.forfeiture.gov, for 30 consecutive days, from and including February 20, 2009 to March 21, 2009, which provided all third parties notice sufficient to petition the Court within thirty days of March 21, 2009; and (C) no petitions by any third party having been filed within thirty days of March 21, 2009;

It is hereby ORDERED, ADJUDGED and DECREED that the Subject Properties are forfeited to the United States of America, and the United States Marshal is authorized and ordered to dispose of said Subject Properties according to law.

BY ORDER:

_____

ENTER:

_____
WILLIAM E. SMITH
UNITED STATES DISTRICT JUDGE

5/29/09